UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICK LOMBARDO, INDIVIDUALLY AND ) <br> ON BEHALF OF ALL OTHERS SIMILARLY ) <br> SITUATED, ) <br>     Plaintiff ) <br> v. ) <br> ) <br> FIRSTSOURCE FINANCIAL SOLUTIONS, ) <br> INC. and FIRSTSOURCE FINANCIAL ) <br> SOLUTIONS, LLC ) <br>     Defendants ) <br> _____ ) | CASE NUMBER: <br> 3:10-cv-00856-CSH <br><br><br><br><br><br><br><br><br><br> JULY 20, 2011 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Patrick Lombard, through his attorney, and the defendants, Firstsource Financial Solutions, Inc. and Firstsource Financial Solutions, LLC, through their attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

    Plaintiff, Patrick Lombardo

    By: /s/ Daniel S. Blinn
    Daniel S. Blinn  (ct 02188)
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, CT  06067
    Tel: (860) 571-0408
    Fax: (860) 571-7457
    dblinn@consumerlawgroup.com

        Defendants, Firstsource Financial Solutions,
Inc. and Firstsource Financial Solutions, LLC

By: /s/ Jonathan D. Elliot
Jonathan D. Elliot (ct05762)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard, Suite 500
Bridgeport, CT  06604
Tel: (203) 333-9441
Fax: (203) 333-1489
jelliot@znclaw.com


## **CERTIFICATION**

    I hereby certify that on this 20th day of July 2011, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Daniel S. Blinn
        Daniel S. Blinn